IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA J. JACKSON | : | CIVIL ACTION |
| v. | : | |
| DREAM HOME REMODELING, INC. et al. | : | NO. 02-4027 |

## O R D E R

AND NOW, this 25th day of September, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Michael M. Baylson to the calendar of the Honorable Cynthia M. Rufe.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court