IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA JACKSON | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.   02-4027 |
| DREAM HOME REMODELING, INC., ET AL | : | |
|     Defendants | : | |
| | : | |

**O R D E R**

**AND NOW**, this 11th day of March, 2003, it is ORDERED that a

[X] scheduling conference
[ ] settlement conference
[ ] status conference

in the above-captioned case will be held on April 11, 2003 at 2:00 p.m. before the Honorable Cynthia M. Rufe.  This conference will be held

[X] in chambers, Room 4000
[ ] by telephone*

> *Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Rufe's chambers at (267)-299-7490.

    If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

    Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

                                                                     **BY THE COURT:**

                                                                     **CYNTHIA M. RUFE, J.**

**SCHEDULING INFORMATION REPORT**
(To be completed and returned to Judge Rufe's
Chambers three (3) days before the conference)

Caption: _____

Civil Action No.: _____

Jury Trial _____   Non-Jury Trial _____   Arbitration _____

Plaintiff's Counsel: _____

Address: _____

Phone: _____   Fax: _____

Defendant's Counsel: _____

Address: _____

Phone: _____   Fax: _____

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a)?
_____ When? _____ If not, why? _____

_____

_____

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)?

_____ When? _____ If not, why? _____

_____

_____

Discovery completed? _____ If not, when? _____

If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons:

_____

_____

Ready for trial by: _____
                              Date

Is a settlement conference likely to be helpful? _____

If so, when: Early _____(yes/no)   After discovery _____

Do you expect to file a case dispositive motion? _____

_____

If so, by what date? _____

Trial time estimate: _____

Time to present your case: _____

Time for entire trial: _____

Date:_____          _____
                                                          Signature of counsel preparing the form

                                                           _____
                                                           Typed or printed name