IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA JACKSON** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | NO.   02-4027 |
| **DREAM HOME REMODELING, INC., ET AL** | : | |
| Defendants | : | |
| | : | |

## ORDER

**AND NOW**, this 18th day of July, 2003, upon consideration of Plaintiff's Motion for the Extension of Discovery Deadlines [doc. no. 28], **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**