IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA JACKSON** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.   02-4027 |
| **DREAM HOME REMODELING, INC., ET AL** | : | |
| Defendants | : | |
| | : | |

### ORDER

AND NOW, this 7th day of August, 2003, upon consideration of Plaintiff's Motion for Reconsideration of the Court's Order Denying Motion to Extend Discovery Deadline [doc. no. 30], **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1) All defendants who have not settled with the plaintiff as of the date of this Order shall respond to outstanding discovery and produce previously noticed representatives for deposition by August 30, 2003;

2) The previously ordered case dispositive deadline is hereby extended to September 15, 2003;

3) All other terms of the Court's April 21, 2003 Scheduling Order remains in force.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**