IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA JACKSON** | : | No. 02-CV-4027 |
| | : | |
| v. | : | |
| | : | |
| **DREAM HOME REMODELING,** | : | |
| **INC., et al.** | : | |

### O R D E R

      **AND NOW, TO WIT:** This _____ day of September, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      **MICHAEL E. KUNZ**, Clerk of Court

      **BY:**_____
          Christine L. Halligan
          Deputy Clerk

cc: 9/15/03, vtw, by mail:
    Rosemary Pinto, Esquire
    Scott C. Painter, Esquire
    Peter J. Russo, Esquire
    Barbara S. Magers, Esquire

Civ 2 (8/2000)
41(b).frm