IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA J. JACKSON** | : | **CIVIL ACTION NO.** |
| | : | |
| V. | : | |
| | : | 02-4027 |
| **DREAM HOME REMODELING,** | : | |
| **INC., et al.** | : | |

**O R D E R**

**AND NOW,** this 24th day of September, 2003, this matter having been dismissed with prejudice upon order of the court (see Doc. #32), it is hereby **ORDERED** that the Plaintiff's Motion for Reconsideration of the Court's Order Denying Motion to Extend Discovery Deadline [Doc. #30] is **DENIED** as **MOOT**.

It is so **ORDERED.**

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**