IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA J. JACKSON,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.   02-4027 |
| **DREAM HOME REMODELING, INC., et al,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 17th day of December, 2003, it is hereby **ORDERED** that Defendants Millennium Capital Corporation, Chelsea Settlement Services, Inc., and First Union National Bank of Delaware shall file responses to Plaintiff's Motion to Vacate Order of Dismissal [Doc. #34] within five (5) days of the date of this Order.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**