IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA J. JACKSON,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.   02-4027 |
| **DREAM HOME REMODELING, INC., et al,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 6th day of January, 2004, it is hereby **ORDERED** that Plaintiff Gloria Jackson and Defendants Millennium Capital Corporation, Chelsea Settlement Services, Inc., and First Union National Bank of Delaware, and all counsel for the named parties, shall appear before the undersigned in Courtroom 10A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106-1741, on January 7, 2004 at 3:00 p.m., for a record status conference relating to Plaintiff's Motion to Vacate Order of Dismissal for 10 Days Pursuant to Local Rule 41.1.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**