IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA J. JACKSON,** | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | NO.   02-4027 |
| **DREAM HOME REMODELING, INC., et al,** | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, this 7th day of January, 2004, the Court hereby **ORDERS** and **DECREES** that Plaintiff's Motion to Vacate Order of Dismissal for 10 Days Pursuant to Local Rule 41.1. is **DISMISSED** as **MOOT**.

It is so **ORDERED**.

BY THE COURT:

_____

**CYNTHIA M. RUFE, J.**